**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| Edward G. Patrone, | Case No. 24-14306-PMM |
| | Chapter 13 |
| *Debtor*. | |

## Motion to Extend the Automatic Stay

Debtor Edward G. Patrone, through their attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on December 2, 2024. They have not yet filed a plan and all schedules, statements, and other documents required by by § 11 U.S.C.521(a)(1) and Fed. R. Bankr. P. 1007(b) but will do so in a timely fashion.

2. The Debtor was involved in one active bankruptcy between December 3, 2023, and December 2, 2024:

| Case No. | District | Filed | Dismissed | Reason |
|---|---|---|---|---|
| 24-11516 | PAEB | 05/03/2024 | 10/10/2024 | Unreasonable Delay; Failure to Make Plan Payments |

3. Because the Debtor was involved in only one active bankruptcy between November 19, 2023, and November 18, 2024, the automatic stay is set to expire on January 1, 2025. 11 U.S.C. § 362(c)(3)(A).

4. The Court may extend the automatic stay when a case is filed in good faith as to the creditors to be stayed. Good faith means that there are new circumstances demonstrating that the Debtor can probably reach the end of a chapter 13 plan. *In re Legree*, 285 B.R. 615, 620 (Bankr. E.D. Pa. 2002).

5. This case was filed in good faith. The debtor's daughter now lives with the debtor, and will be contributing to the monthly plan payments.

6. Because this case was filed in good faith, the Court must continue the automatic stay against all creditors until the Debtor receive a discharge.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: December 2, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

2