**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Edward G. Patrone, | Case No. 24-14306-PMM |
| | Chapter 13 |
| *Debtor*. | |

## Certificate of Service

I certify that on this date, I did cause a copy of the Motion to Extend the Automatic Stay, Notice, and Proposed Order to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described above to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

Date: December 2, 2024

Michael A. Cibik (#23110)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Mailing Exhibit

Boeing Helcu
501 Industrial Hwy
Ridley Park, PA 19078

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024-2302

Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

Citizens Bank
Attention: Bankruptcy
1 Citizens Plaza
Providence, RI 02903

City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Comenity Bank
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Discover Financial
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851

DSRM Nat Bank/Valero
Attn: Bankruptcy One Valero Way
San Antonio, TX 78249

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase Bank
MailCode LA4-7100 700 Kansas Lane
Monroe, LA 71203

Kohl's
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

M&T Credit Services
Attn: Bankruptcy
PO Box 844
Buffalo, NY 14240

Merrick Bank/Card Works
Attn: Bankruptcy
P.O. Box 5000
Draper, UT 84020-5000

NASA Federal Credit Union
Attn: Bankruptcy
500 Prince Georges Blvd
Upper Marlboro, MD 20774

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

## Mailing Exhibit

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Raymond & Flannigan/WFFNB
Attn: Bankruptcy
1 Home Campus MAC X2303-01A
Des Moines, IA 50328

Sheffield Financial
Attn: Bankruptcy
214 N Tryon St
Charlotte, NC 28202-1078

Sun Federal Credit Union
Attn: Bankruptcy
1627 Holland Dr
Maumee, OH 43537

Syncb/PLCC
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL 32896-5060

Target
c/o Financial & Retail Srvs Mailstop BT
POB 9475
Minneapolis, MN 55440

TD Bank/Raymour & Flanigan
Attn: Bankruptcy 1701 Rt. 70 East
Cherry Hill, NJ 08003