WWR# 041175394

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>EDWARD G PATRONE<br><br><br>DEBTOR(S) | CASE NO. 24-14306<br>CHAPTER 13<br><br>JUDGE PATRICIA M. MAYER |

### **NOTICE OF APPEARANCE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as counsel for creditor, SUN FEDERAL CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for SUN FEDERAL CREDIT UNION to undersigned counsel.


Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA


/s/ MILOS GVOZDENOVIC
MILOS GVOZDENOVIC
Attorney for Creditor
5990 West Creek Rd Suite 200
CLEVELAND, OH 44131
877-338-9484
mgvozdenovic@weltman.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 27th day of December, 2024 addressed to:

MITCHELL LEE CHAMBERS JR, Attorney for Debtor
ECFBC@COMCAST.NET

KENNETH E WEST, Trustee
1234 MARKET ST STE 1813
PHILADELPHIA, PA 19107


OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

EDWARD G PATRONE
2538 S PERCY ST S
PHILADELPHIA, PA 19148-4525



,


        Respectfully submitted,
        Weltman, Weinberg & Reis Co. LPA


        /s/ MILOS GVOZDENOVIC
        MILOS GVOZDENOVIC
        Attorney for Creditor
        5990 West Creek Rd Suite 200
        CLEVELAND, OH 44131
        877-338-9484
        mgvozdenovic@weltman.com