United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 24-14306-pmm
Edward G. Patrone     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jan 13, 2025     Form ID: pdf900     Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Edward G. Patrone, 2538 S. Percy Street, Philadelphia, PA 19148-4525 |
| 14956676 | + | Boeing Helcu, 501 Industrial Hwy, Ridley Park, PA 19078-1139 |
| 14956690 | | DSRM Nat Bank/Valero, Attn: Bankruptcy One Valero Way, San Antonio, TX 78249 |
| 14956700 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14956702 | + | Raymond & Flannigan/WFFNB, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 14964113 | + | Sun Federal Credit Union, c/o Milos Gvozdenovic, Esq., Weltman Weinberg & Reis Co. LPA, 5990 West Creek Road, Suite 200 Cleveland OH 44131-2191 |
| 14956707 | | TD Bank/Raymour & Flanigan, Attn: Bankruptcy 1701 Rt. 70 East, Cherry Hill, NJ 08003 |
| 14956706 | | Target, c/o Financial & Retail Srvs Mailstop BT, Minneapolis, MN 55440 |
| 14956709 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 14 2025 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2025 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14956683 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 14 2025 00:23:00 | Citizens Bank, Attention: Bankruptcy 1 Citizens Plaza, Providence, RI 02903 |
| 14956684 | | Email/Text: megan.harper@phila.gov | Jan 14 2025 00:24:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14956677 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2025 00:32:33 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14956678 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 14 2025 00:32:41 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14964400 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 14 2025 00:32:33 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14956679 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2025 00:32:42 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14956680 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2025 00:32:43 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14956681 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2025 00:32:51 | Citibank/Radio Shack, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14956682 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2025 00:32:51 | Citibank/The Home Depot, Citicorp Cr |

Case 24-14306-pmm    Doc 19    Filed 01/15/25    Entered 01/16/25 01:34:45    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: pdf900 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | | Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14956685 | | Email/Text: bankruptcy@philapark.org | Jan 14 2025 00:24:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14956686 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2025 00:24:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14956687 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2025 00:24:00 | Comenity Bank/Zales, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14956688 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2025 00:32:50 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14956689 | | Email/Text: mrdiscen@discover.com | Jan 14 2025 00:23:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14956691 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 14 2025 00:24:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14956692 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2025 00:32:41 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14956693 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 14 2025 00:23:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14959938 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2025 00:32:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14956694 | | Email/Text: camanagement@mtb.com | Jan 14 2025 00:24:00 | M&T Credit Services, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 14956695 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 14 2025 00:32:34 | Merrick Bank/Card Works, Attn: Bankruptcy, P.O. Box 5000, Draper, UT 84020-5000 |
| 14956696 | | Email/Text: e-bankruptcy@nasafcu.com | Jan 14 2025 00:23:00 | NASA Federal Credit Union, Attn: Bankruptcy 500 Prince Georges Blvd, Upper Marlboro, MD 20774 |
| 14956697 | | Email/Text: fesbank@attorneygeneral.gov | Jan 14 2025 00:24:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14956698 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2025 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14956699 | ^ | MEBN | Jan 14 2025 00:16:15 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14956701 | | Email/Text: bankruptcy@philapark.org | Jan 14 2025 00:24:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14956703 | | Email/Text: bankruptcy@bbandt.com | Jan 14 2025 00:24:00 | Sheffield Financial, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 14956704 | + | Email/Text: consumerlending@sunfcu.org | Jan 14 2025 00:24:00 | Sun Federal Credit Union, Attn: Bankruptcy 1627 Holland Dr, Maumee, OH 43537-1622 |
| 14956705 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 00:32:34 | Syncb/PLCC, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14956708 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 14 2025 00:24:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2025     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Edward G. Patrone help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MILOS GVOZDENOVIC | on behalf of Creditor Sun Federal Credit Union mgvozdenovic@weltman.com pitecf@weltman.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
    Edward G. Patrone  )  Case No. 24−14306−pmm
    )
    )
    Debtor(s).  )  Chapter: 13
    )
    )

## ORDER

    AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 12/30/2024, this case is hereby DISMISSED.

**Date: January 13, 2025**

_____
Patricia M. Mayer
Judge, United States Bankruptcy Court

Missing Documents:
Chapter 13 Plan
Schedules AB−J
Statement of Financial Affairs
Summary of Assets and Liabilities
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1
Means Test Calculation Form 122C−2